IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
August 14, 2006

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JIMMIE L. DIXON, #29531-077, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:06-CV-0887-R |
| | ) ECF |
| U.S. DISTRICT JUDGE JOE KENDALL, | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 14 day of August, 2006.

*Jerry Buchmeyer*

_____
UNITED STATES DISTRICT JUDGE